Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| COURTNEY BROOKINS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:23-cv-01823- MJP<br><br>**STIPULATED MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING and [PROPOSED] ORDER**<br><br>Note on Motion Calendar:  January 26, 2024 |

**STIPULATED MOTION**

Defendant Equifax Information Services, LLC ("Equifax") and plaintiff Courtney Brookins move the Court for an Order extending the deadline for Equifax to answer, plead, or otherwise respond to plaintiff's Complaint, up to and including February 28, 2024.

1. Plaintiff filed this Complaint on November 27, 2023.

2. Equifax was served with the Complaint on November 30, 2023.

3. Equifax's time to respond to the Complaint is currently January 29, 2024.

4. Equifax requests additional time to file its responsive pleading through and including February 28, 2024, so that the parties may engage in settlement negotiations.

5. Plaintiff consent to this motion.

6. The request is made in good faith and not for the purpose of delay.

**STIPULATED MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING and [PROPOSED] ORDER - 1**
**Case No. 2:23-cv-01823-MJP**

Markowitz Herbold PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

1       7.    Equifax respectfully submits that the foregoing circumstances constitute good cause and warrant granting the extension requested.

Wherefore, both parties respectfully request that this Court grant defendant Equifax an extension of time up to and including February 28, 2024, within which to serve its responses to the Complaint.

DATED: January 26, 2024.    MARKOWITZ HERBOLD PC

*s/ Jeffrey M. Edelson*

Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Attorneys for Defendant Equifax Information Services, LLC*

SANDERS LAW GROUP

*s/ Craig B. Sanders*
Craig B. Sanders, WSBA #46986
csanders@sanderslaw.group

*Of Attorneys for Plaintiff Courtney Brookins*

---

**STIPULATED MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING and [PROPOSED] ORDER - 2**
**Case No. 2:23-cv-01823-MJP**

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

**ORDER**

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by February 28, 2024.

DATED : January 26, 2024.

*[signature]*

Marsha J. Pechman
U.S. Senior District Judge

Presented by:

*s/Jeffrey M. Edelson*
_____
Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com

*Attorneys for Defendant Equifax Information Services, LLC*

---

**STIPULATED MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING and [PROPOSED] ORDER - 3**
**Case No. 2:23-cv-01823-MJP**

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085