1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| COURTNEY BROOKINS, | CASE NO. 23-cv-1823 MJP |
|---|---|
| Plaintiff, | ORDER STAYING CASE |
| v. | |
| SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Notice of Settlement as to Defendant Equifax Information Services, LLC ("Equifax"). (Dkt. No. 17.) Plaintiff requests the Court stay the case and all deadlines pertaining to Equifax pending the finalization of settlement agreement. The Court GRANTS Plaintiff's request and STAYS the case and adjourns all deadlines and conferences as they pertain to Equifax for thirty (30) days. At thirty days, if the parties have not submitted a stipulated voluntary dismissal, they will provide the Court with a status update.

//

//

ORDER STAYING CASE - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated April 5, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge