1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COURTNEY BROOKINS,

                Plaintiff,

      v.

SYNCHRONY BANK and EQUIFAX
INFORMATION SERVICES LLC,

              Defendants.

CASE NO. 23-cv-1823 MJP

ORDER STAYING CASE

      This matter comes before the Court on Plaintiff's Notice of Settlement as to Defendant Synchrony Bank ("Synchrony"). (Dkt. No. 21.) Plaintiff requests the Court stay the case and all deadlines pertaining to Synchrony pending the finalization of settlement agreement. The Court GRANTS Plaintiff's request and STAYS the case and adjourns all deadlines and conferences as they pertain to Synchrony for thirty (30) days. At thirty days, if the parties have not submitted a stipulated voluntary dismissal, they will provide the Court with a status update.

//

//

The clerk is ordered to provide copies of this order to all counsel.

Dated June 27, 2024

Marsha J. Pechman
United States Senior District Judge